**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Kevin Mark BECKMAN, Defendant—Appellant.**

**No. 03–30559.**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 21, 2005.

Marcia Good Hurd, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robert Kelleher, Esq., Kelleher Law Office, Billings, MT, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM **

Kevin Mark Beckman appeals from the sentence imposed following his jury trial conviction for two counts of felon in possession of a firearm, in violation of 18

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). The government's motion for submission on the briefs without oral argument is granted.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.